# Exhibit C

| | News | Shop | Bulk Shop | HDFury for ... | I need to ... | About HDFury | Forum | My Account | 0 |



Home / Shop / All Products / Splitters / Integral 4K60 4:4:4 600MHz

## Integral 4K60 4:4:4 600MHz

$199.00

This Kit includes:

- Integral Processor
- Choice of power supply
- USB > mini USB cable

Power Supply    Choose an option…

SKU: INTEGRAL. Categories: Splitters, Video Processors. Tags: 4K60, 4K60 444, 600MHz, Audio extractor, Bluetooth, BT, CEC, CEC command, EDID, HDCP 1.x, HDCP Doctor, HDCP x.x, HDCP1.4, HDCP2.1, HDCP2.2, HDCP2.x, HDMI 2.0, HDMI 2.0a, HDMI audio extracting, HDMI audio replacing, HDMI Doctor, Infra red, IR, Matrix, splitter, USB.

| KEY FEATURES | TECHNICAL SPECS | GETTING STARTED | FAQ | REVIEWS (8) | CERTIFICATIONS | IFX DLL LICENSE | DOWNLOAD |

## Getting Started with Integral

**No HDMI 2.0? No HDCP 2.2 input on your 4K UHD display? No Problem!**

**Play HDCP2.2 protected content such as movies, games, satellite/cable, and internet videos on any TV/UHDTV/Projector or Monitor!**
Integral allows you to view HDCP 2.2 content from your Sony 4K media player, your Shield game console, your graphics cards, your Blu-ray player, satellite/cable or via Netflix or internet sources on all standard 50/60Hz or 100/120Hz HDMI or DVI-D displays without HDCP2.2 compliant input!

If your TV, monitor or projector cannot play HDCP 2.2 content because it lacks of a HDCP 2.2 compliant input, HDfury Integral will solve your issue!

Upgrade to Perfect HDCP2.2 for a fraction of the cost of buying a new display!

The HDfury Integral supports every HDMI signal and HDCP revision type in existence today from SD to Full HD and up to 4K60 4:4:4 600MHz. It is firmware upgradable so that new features can be added in the future as needed!

**How difficult is it to set up?**

A few switchs on the HDfury Integral can be set once depending on the HDCP revision required by your TV. No other setup is required. For more information download the User Manual from the Download Tab above.

Just connect the HDfury Integral between the source and the TV/projector. That's it!

**Which projectors and TVs are supported?**

Any standard 50/60Hz or 100/120Hz HDMI or DVI-D displays will work with HDfury Integral.

HDfury Integral is the world first solution that work with any HDCP revision sources and any HDCP revision displays, no matter if your display is HDCP 1.4 and your source is HDCP 2.2. Thanx to our embedded unique HDCP Doctor feature, you will be able to display any HDCP revision sources on any HDCP revision displays. ALWAYS & GUARANTEED!

## RELATED PRODUCTS

INTEGRAL 4K60 BULK

$950.00–$7,500.00

3DFURY ADVANCED KIT

$499.00

HDFURY I BASIC KIT

$99.00

HDFURY II BASIC KIT

$179.00

Subscribe to our mailing list.

example@email.com SUBSCRIBE

### HDFURY

Converting A/V signals like no others. For the freedom beyond HDCP errors.

### NEWS

- Integral HDR Ownage, User Manual updated, New FW and GUI, Revised units now shipping, CE, RoHS.
- All download packages reloaded for new Silabs Driver 4.0.0 Win XP, Vista, Win 7, Win 8, Win10
- HDfury launches yet another path breaking device – the HDCP Doctor, HDfury Integral
- Integral USB GUI Windows Software and Total Control APP.
- InfoFrame and HDR metadata Injector for Integral

### PRODUCTS

HDFURY III Basic Kit
$249.00

HDFURY II Basic Kit
$179.00

HDFURY Gamer 2 Component
$159.00

### CONTACT

LEGENDSKY TECH CO. LTD
Peng Yung Ge Jingli Mansion, No.48 Beili Road South, Shenzhen, ROC

+86 755-275800704

hdfury [at] 126.com

All trademarks and copyrights on this page are the property of their respective owners.

As the copyright holder of this website's content, we hereby grant to everyone in the universe authorization to bypass any technological measures that control access to our contents, by any means that such a person desires to use.

