UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
DIGITAL CONTENT PROTECTION, LLC, a :
Delaware limited liability company,

    and

WARNER BROS. ENTERTAINMENT INC., a :
Delaware company

        Plaintiffs, :

    -against-  :

LEGENDSKY TECH COMPANY LTD., :

        Defendant.
------------------------------------------------ X

INDEX NO. 1:15-CV-10169

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that all of the claims and counterclaims in this action are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: New York, New York.
      April 29, 2016

Respectfully submitted,

Perkins Coie LLP
30 Rockefeller Plaza
New York, New York 10112
212.262.6900

By: */s/ Dennis Hopkins*
    Dennis Hopkins (DH-3767)
    DHopkins@perkinscoie.com

    Attorneys for Plaintiffs
    Digital Content Protection, LLC and
    Warner Bros. Entertainment Inc.

Long & Associates PLLC
18 West 18th St., 10th Floor
New York, New York 10011
212.360.0394

By: */s/ Ryan Long*
    Ryan E. Long (RL-1974)
    RLong@landapllc.com

    Attorneys for Defendant LegendSky Tech
    Company Ltd.

IT IS SO ORDERED.
DATED: _____4/30/16_____

Honorable Jed S. Rakoff
United States District Judge

20336-1571/130814551.1